## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNIBIND, INC., and UNIBIND (CYPRUS) LIMITED, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>YADA ENTERPRISE CO., LTD., <br><br>　　　　Defendant. | ) ) ) ) ) CIVIL ACTION NO.: ) ) ) 2:05-cv-01352-KJD-RJJ ) ) ) ) ) |

## [PROPOSED]

## <u>FINAL JUDGMENT</u>

Plaintiff having personally served the Complaint upon Defendants on November 10, 2005, said defendants having failed to file an answer to that Complaint within the time period prescribed by law, and otherwise having failed to open the default caused by such failure to file its answer in this cause, and the Court having reviewed and considered Plaintiff's Motion for Entry of Default Judgment, and having further determined that there is good cause therefor, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff is hereby awarded judgment by default against Defendant Yada Enterprise Co., Ltd. for the following relief:

　　　　a.　　Defendant is permanently enjoined from importing, advertising, offering for sale or selling any devices that infringe the '554 Patent or the '050 Patent;

　　　　b.　　Defendant is permanently enjoined from importing, advertising for sale or selling any products bearing trademark, symbol or logo that is a colorable imitation of Unibind's Pyramid Trademark, or that is likely to be confused with Unibind's Pyramid Trademark.

c.  Defendant is ordered to pay Unibind's attorney fees pursuant to 15 U.S.C. §1117 and 35 U.S.C. § 285 in the amount of $8,173.50.

d.  Defendant is ordered to pay Unibind's costs of this action pursuant to 15 U.S.C. §1117 in the amount of $329.00.

SO ORDERED this __3rd__ day of _____August_____, 2006.

_____
UNITED STATES DISTRICT JUDGE